IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
JESSICA SZILAGYI,                    )
                                     )
     Plaintiff,                      )
                                     )
v.                                   )   CASE NO. CV420-165
                                     )
MAYOR VAN JOHNSON, in his            )
individual and official              )
capacities; and THE CITY OF          )
SAVANNAH;                            )
                                     )
     Defendants.                     )
                                     )
```

**O R D E R**

Before the Court is the parties' Consent Motion for Entry of Permanent Injunction. (Doc. 21.) The parties inform the court that they have entered a settlement agreement resolving any remaining claims Plaintiff may have against Defendants. (Id. at 1.) As part of this agreement, Defendants have consented to the entry of a permanent injunction. (Id.) After careful consideration, the parties' motion (Doc. 21) is **GRANTED**.

Therefore, Defendants are **PERMANENTLY ENJOINED** from taking any action on Defendant Mayor Van Johnson's official Facebook page that interferes with the ability to view, post, comment, or react on said page; provided, however, any expressions on Defendant Mayor Van Johnson's official Facebook page shall only be protected from interference to the extent they may reasonably be construed to constitute First Amendment protected speech or

that is otherwise violative of the City of Savannah's social media terms of use. Upon a written notice of a purported violation of this injunction, Defendants shall be entitled to a ten (10) day period in which to cure said violation.

The parties agree that entry of this permanent injunction resolves all remaining claims in this case and request that this matter be closed. (Doc. 21 at 1-2.) Accordingly, this action is **DISMISSED**, and the Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 25th day of October 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request . . . on terms that the court considers proper."